# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

ROBERT WAYNE HAUG, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　CASE NO. 3:25-CV-314-DRL-SJF

TED BIERLY, et al.,

    Defendants.

## ORDER

On November 10, 2025, Defendant Ted Bierly filed his Motion for Leave to File Amended Counterclaim. [DE 21]. However, the requested leave has already been granted as evidenced by this Court's Rule 16(b) Scheduling Order filed on October 27, 2025, stating that "[t]he last date to amend the pleadings without leave of court as to defendants(s) is June 1, 2026." [DE 19]. Therefore, the Court **DENIES AS MOOT** Defendant's instant Motion. [DE 21].

Defendant may file his Amended Counterclaim attached as Exhibit A to his motion [DE 21-1], if filed on or before June 1, 2026.

**SO ORDERED** this 12th day of November 2025.

                                                    s/Scott J. Frankel
                                                    Scott J. Frankel
                                                    United States Magistrate Judge